```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100006293
Cashier ID: rbroaden
Transaction Date: 01/30/2008
Payer Name: EDDIE WARD
------------------------------------
CIVIL FILING FEE
 For: EDDIE WARD
 Amount:       $350.00
------------------------------------
CREDIT CARD
 Amt Tendered: $350.00
------------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:       $0.00

FILING FEE NEW SUIT
1:08CV94
```

Dockets.Justia.com